**CARLSON & MESSER LLP**
David J. Kaminski (SBN 128509)
Kaminskid@cmtlaw.com
Tamar Gabriel (SBN 266860)
Gabrielt@cmtlaw.com
Shawn Eldridge (SBN 276581)
Eldridges@cmtlaw.com
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
*PALEOHACKS, LLC*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LOPEZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>PALEOHACKS, LLC, a Nevada limited liability company; and DOES 1 – 10, inclusive,<br><br>    Defendant. | CASE NO. 3:16-cv-00716-AJB-MDD<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, PARTIES AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that the parties have agreed to settle the above-entitled matter in its entirety. The parties anticipate that they will complete the settlement and file a stipulation of dismissal with prejudice as to Plaintiff, and without prejudice as to the putative class members, within 45 days from the date of this Notice.

{Lopez v Paleohacks - Ntc of Settlement;1}08266.20     - 1 -     NOTICE OF SETTLEMENT
CASE NO: 3:16-cv-00716-AJB-MDD

In light of the settlement, the Parties respectfully request that the Court vacate all pending dates in this case.

**NEWPORT TRIAL GROUP**

Dated:  April 5, 2016

s/ Victoria Knowles
*Attorneys for Plaintiff,*
*MATTHEW LOPEZ*

**CARLSON & MESSER LLP**

Dated:  April 5, 2016

s/ David J. Kaminski
David J. Kaminski
Stephen A. Watkins
*Attorneys for Defendant,*
*PALEOHACKS, LLC.*

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Scott J. Ferrell, counsel for Plaintiff, and that I have obtained his authorization to affix his electronic signature to this document.

**CARLSON & MESSER LLP**

Dated: April 5, 2016

s/ David J. Kaminski
David J. Kaminski
Attorneys for Defendant,
*PALEOHACKS, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this **5th** of **April 2016**, a true and accurate copy of the foregoing **NOTICE OF SETTLEMENT** was served via the U.S. District Court ECF system on the following e-mail(s):

vknowles@trialnewport.com

                                                s/ David J. Kaminski
                                                David J. Kaminski