**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW LOPEZ, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>PALEOHACKS, LLC, a Nevada limited liability company; and DOES 1 – 10, inclusive,<br><br>        Defendant. | CASE NO. 3:16-cv-00716-AJB-MDD<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

    The Court has reviewed the Joint Motion to Dismiss of Plaintiff MATHEW LOPEZ and Defendant PALEOHACKS, LLC.  Good cause appearing, the Court grants the parties' Joint Motion to Dismiss Plaintiff's individual claim, with prejudice, and to dismiss without prejudice the putative class action claims

///

///

///

asserted by Plaintiff, pursuant to FRCP 41(a)(1)(A(ii), with each party to bear their respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated: June 9, 2016

*[signature]*
Hon. Anthony J. Battaglia
United States District Judge